IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02129-PSF-MEH

NASIR FARAH,

    Plaintiff,

v.

DRIFTWOOD HOSPITALITY MANAGEMENT LLC, a Delaware corporation;
DHM DENVER HOTEL LESSEE, L.P., a Delaware Limited Partnership; d/b/a Holiday Inn City Center;
SUNWAY DENVER ASSET MANAGEMENT COMPANY, a Colorado corporation;
COLORADO SW HOTEL, INC.; a Colorado corporation;
SAMCO I INVESTMENT LIMITED PARTNERSHIP, a Colorado Limited Partnership; a/k/a SAMCO II Investment Limited Partnership, d/b/a Holiday Inn Denver Downtown, Inc.; and
JOHN DOES 1-10;

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 25, 2007.**

    Based upon the parties' agreement, and the entire record herein, the Stipulated Motion for Protective Order [Filed April 20, 2007; Docket #36] is **granted**. The Court will sign the Protective Order and enter it on the record.