IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02129-PSF-MEH

NASIR FARAH,

    Plaintiff,

v.

DRIFTWOOD HOSPITALITY MANAGEMENT LLC, a Delaware corporation;
DHM DENVER HOTEL LESSEE, L.P., a Delaware Limited Partnership,
  (d/b/a Holiday Inn City Center);
SUNWAY DENVER ASSET MANAGEMENT COMPANY, a Colorado corporation;
COLORADO SW HOTEL, INC., a Colorado corporation;
SAMCO I INVESTMENT LIMITED PARTNERSHIP, a Colorado Limited Partnership
  (a/k/a SAMCO II Investment Limited Partnership (d/b/a Holiday Inn Denver
  Downtown, Inc.); and
JOHN DOES 1-10,

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation To Dismiss With Prejudice (Dkt. # 43).  The Court having considered the Stipulation To Dismiss, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to pay his or its own costs and attorneys' fees.

    DATED:  July 19, 2007

                                  BY THE COURT:

                                  *s/ Phillip S. Figa*

                                  _____
                                  Phillip S. Figa
                                  U.S. District Court Judge